## STATE v. EUGENE HUDALLA.[1]

January 10, 1953.

No. 36,015.

*Tracy & Sinclair*, for relator.

*M. J. Daly*, County Attorney, for respondent.

UPON PETITION FOR REHEARING.

PER CURIAM.

It appearing that the district court judge here involved failed by inadvertence to interpose an answer to the writ and that he recognized and has complied with M. S. A. 542.16, the opinion filed December 24, 1952, is withdrawn and the writ vacated.

[1] Reported in 56 N. W. (2d) 638.